UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADRIAN HOLLEY, et al., | Case No. 18-cv-06972-JST |
|---|---|
| Plaintiffs, | |
| v. | **ORDER RE: PLAINTIFF BONIFACIO TREVINO** |
| GILEAD SCIENCES, INC., | |
| Defendant. | |
| This order relates to: *Lassiter v. Gilead Sciences, Inc.*, Case No. 4:22-cv-06635-JST | |

The Court issued an order to show cause to Plaintiff Bonifacio Trevino, who failed to appear at the December 1, 2025 case management conference. ECF No. 1755. Trevino sent a letter in response stating that he was present at the case management conference but "experienced technical difficulties and was unable to access the voice and video [button], likely due to a glitch." ECF No. 1761 at 1. He also states that he is "fully committed to participating in all court proceedings and hearings," and that he is "aware of the next scheduled hearing on March 30, 2026," and "will ensure [his] presence and active participation." *Id.*

The Court accepts Trevino's explanation and discharges the order to show cause against him. Trevino shall be allowed to proceed with his claims.

For convenience, the Court repeats the login information for the March 30 case management conference, which is scheduled to begin at 2:00 p.m.: https://cand-uscourts.zoomgov.com/j/1619067542?pwd=YktBS2VoNm1JYW9xMS91dk9rUzZudz09, or (669) 254-5252; Webinar ID: 161 906 7542; Password: 959588. This login information may also

be found on the Court's website, https://cand.uscourts.gov/judges/tigar-jon-s-jst/.

The Court reminds Trevino that if he settles his case or decides to voluntarily dismiss his case before the March 30 case management conference, then he does not need to appear at the case management conference. Otherwise, he is advised that failure to appear at the case management conference may result in dismissal of his case for failure to prosecute or to comply with court orders under Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:  January 5, 2026



JON S. TIGAR
United States District Judge